UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-371-2F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CURTIS BURSTON, JR., ) | |
| Defendant. ) | |

This matter is before the court on motion [DE-167] by defendant Curtis Burston, Jr., asking the court to reconsider its order [DE-166] denying his Motion to Amend Judgment [DE-166]. The court has reviewed Burston's request and concludes that no change to the prior order [DE-166] is appropriate.

Accordingly, Burston's Motion for Reconsideration [DE-167] is DENIED.

SO ORDERED.

This, the 16th day of May, 2012.

_____
JAMES C. FOX
Senior United States District Judge